IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 18-cv-00969-CMA-MEH

ATLAS BIOLOGICALS, INC., a Colorado corporation,

    Plaintiff/Counter-Defendant,

v.

THOMAS JAMES KUTRUBES, an individual,

    Defendant,

BIOWEST, LLC, a Missouri limited liability company,

    Defendant/Counter-Plaintiff

---

### ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR FED. R. CIV. P. 54(b) CERTIFICATION OF FINALITY

---

This matter is before the Court on the Parties' Sipulated [sic] Motion for Fed.R. Civ.P. 54(b) Certification of Finality ("the Motion"). (Doc. # 139.) Having reviewed the Motion, the case file, the relevant case law, and for good cause shown, the Court grants the Motion and certifies its Order Granting Plaintiff's Second Motion for Partial Summary Judgment (Doc. # 136) as final for purposes of Fed. R. Civ. P. 54(b).

Fed. R. Civ. P. 54(b) authorizes a district court, in part, to direct entry of a judgment—i.e., any order from which an appeal lies—as to fewer than all claims in an action where the Court determines there is no just reason for delay:

> When an action presents more than one claim for relief—whether as a claim, counterclaim, crossclaim, or third-party claim—or when multiple

parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay. . . .

Pursuant to Fed. R. Civ. P. 54(b), the Court hereby finds as follows:

1. the Court's Order Granting Plaintiff's Second Motion for Partial Summary Judgment ("the Order") (Doc. # 136) entered summary judgment in favor of Plaintiff Atlas Biologicals, Inc., and against Defendants Thomas James Kutrubes and Biowest, LLC, on Plaintiff's first claim for relief—i.e., its claim for declaratory judgment that the Purported Transfer is void;

2. the Order is a final decision on at least one claim in this case;

3. the Order would render moot Atlas's remaining claims for avoidance and damages under the Colorado Uniform Fraudulent Conveyances Act ("CUFTA"), Colo. Rev. Stat. § 38-8-105(1)(a), for actual fraud and for avoidance and damages under Colo. Rev. Stat. §§ 38-1-105(1)(b) and -106(1) for constructive fraud;

4. the Order would likewise render moot Biowest's claim against Atlas for declaratory judgment;

5. based on its Order, the Court would lack jurisdiction over the remaining claim between Defendants Biowest and Kutrubes;

6. there is no just reason for delay; and

7. the Order is distinct and separable from the remaining claims.

Accordingly, it is ORDERED that the Court's Order Granting Plaintiff's Second Motion for Partial Summary Judgment (Doc. # 136) is hereby CERTIFIED AS FINAL pursuant to Fed. R. Civ. P. 54(b).

DATED: September 18, 2020

BY THE COURT:

*(signature)*
CHRISTINE M. ARGUELLO
United States District Judge